Exhibit 1

Page: 1

Concise Officer History

Officer Nicholas Lordi [01979/01979]

ID #: 01979   Hire date:
Current assignment(s):
    Bureau: Field Operations
    Division: Patrol Division
    Unit: Nights 1

Involved Officer: Vehicle accident          IA No:   ACC 15-002
Received: Feb 10, 2015
                                            Case No:   20150001396

Involved Officer: Injured Person            IA No:
Received: May 03, 2015
                                            Case No:   2015-007610

Involved Officer: Use of force              IA No:
Received: Oct 27, 2015
                                            Case No:   2015-0018105

   Use(s) of force            Effective/Not Effective
   Escort to ground           Effective

Service being conducted: Effecting Arrest   Disposition/finding: Justified Use of Force

Involved Officer: Use of force              IA No:
Received: Dec 13, 2015
                                            Case No:   2015-0021112

   Use(s) of force            Effective/Not Effective
   Tackle                     Effective

Service being conducted: Stopping Fight     Disposition/finding: Justified Use of Force

Involved Officer: Use of force              IA No:
Received: Feb 15, 2016
                                            Case No:   20160002832

   Use(s) of force            Effective/Not Effective
   Escort to ground           Effective
   Hands/ Fist                Effective

Service being conducted: Fleeing Officer on Foot   Disposition/finding: Justified Use of Force

Involved Officer: Use of force              IA No:
Received: Mar 27, 2016
                                            Case No:   20160005563

   Use(s) of force            Effective/Not Effective
   Tackle                     Effective

Service being conducted: Crowd Control      Disposition/finding: Justified Use of Force

Involved Officer: Use of force              IA No:
Received: Apr 26, 2016
                                            Case No:   20160007600

Involved Officer: Vehicle pursuit
Received: Jul 23, 2016

IA No:

Case No:     20160013306

Involved Officer: Vehicle pursuit
Received: Dec 14, 2016

IA No:

Case No:     2016-0022523

Involved Officer: Vehicle pursuit
Received: Dec 15, 2016

IA No:

Case No:     2016-0022589

Involved Officer: Vehicle pursuit
Received: Dec 15, 2016

IA No:

Case No:     2016-0022589

Involved Officer: Vehicle pursuit
Received: Mar 12, 2017

IA No:

Case No:     2017-0004935

Involved Officer: Use of force
Received: Mar 12, 2017

IA No:

Case No:     2017-0004989

Use(s) of force            Effective/Not Effective
Escort to ground           Effective
Hands/ Fist                Effective

Service being conducted: Call for Service    Disposition/finding: Justified Use of Force

Involved Officer: Vehicle pursuit
Received: Jun 29, 2017

IA No:

Case No:     20170012630

Involved Officer: Admin. Discipline
Received: Jul 18, 2017

IA No:     AD 17-045

Case No:     2017-0010218

   Allegations:

       Body Camera  - III-20 Mobile Video Audio Recording Device (MVR) - Substantiated - Jul 06, 2017
       Negligence - R&R 05-07: Department Property Loss/Damage/Negligence - Unsubstantiated - Jul 06, 2017

   Actions taken:

       : May 27, 2017 - Verbal Counsel/Platoon Folder

               Lieutenant Dunleavy conducted verbal
               counseling with involved officer.

Involved Officer: Vehicle accident
Received: Jul 18, 2017

IA No:    ACC 17-029

Case No:    2017-0010218

Involved Officer: Admin. Discipline
Received: Oct 13, 2017

IA No:    AD 17-067

0016579                                          Case No:    2017-

    Allegations:

    Negligence - R&R 09-07: Conduct Towards the Public - Substantiated - Oct 06, 2017

    Actions taken:

    : Oct 06, 2017 - Written Reprimand

        B violation. Chief Mooney ordered written repirmand.

        Written reprimand signed

**Involved Officer: Vehicle accident**  
**Received: Oct 13, 2017**                      IA No:   ACC 17-044

**Involved Officer: Vehicle pursuit**  
**Received: Mar 27, 2018**                      IA No:

0005346                                          Case No:    2018-

    Role Primary Investigator

**Involved Officer: Vehicle pursuit**  
**Received: Apr 13, 2018**                      IA No:

0006269                                          Case No:    2018-

    Role Back-up

**Involved Officer: Vehicle pursuit**  
**Received: Apr 20, 2018**                      IA No:

0006749                                          Case No:    2018-

**Involved Officer: Use of force**  
**Received: Apr 29, 2018**                      IA No:

0007302                                          Case No:    2018-

    Role Back-up

    Use(s) of force          Effective/Not Effective  
    Tackle                   Effective  
    Other                    Effective  
    Soft Control Technique   NOT effective

Service being conducted: Effecting Arrest    Disposition/finding:  
Justified Use of Force

**Involved Officer: Vehicle pursuit**  
**Received: May 30, 2018**                      IA No:

0009127                                          Case No:    2018-

    Role Back-up

**Involved Officer: Use of force**  
**Received: May 31, 2018**                      IA No:

0009182                                          Case No:    2018-

Role Back-up

| Use(s) of force | Effective/Not Effective |
|---|---|
| Knee | Effective |
| Hands/ Fist | Effective |

Service being conducted: Effecting Arrest   Disposition/finding: Justified Use of Force

Involved Officer: Use of force   IA No:
Received: Jun 13, 2018

Case No:   2018-0009995

Role Back-up

| Use(s) of force | Effective/Not Effective |
|---|---|
| Escort to ground | Effective |
| Leg Sweep | Effective |

Service being conducted: Effecting Arrest   Disposition/finding: Justified Use of Force

Involved Officer: Use of force   IA No:
Received: Oct 07, 2018

Case No:   2018-0016561

Role Back-up

| Use(s) of force | Effective/Not Effective |
|---|---|
| Hands/ Fist | Effective |

Service being conducted: Effecting Arrest   Disposition/finding: Justified Use of Force

Involved Officer: Use of force   IA No:
Received: Oct 22, 2018

Case No:   2018-0017573

Role Back-up

| Use(s) of force | Effective/Not Effective |
|---|---|
| Soft Control Technique | Effective |

Service being conducted: Vehicle Stop   Disposition/finding: Justified Use of Force

Involved Officer: Citizen Complaint/Inq.   IA No: CCIF18-027
Received: Dec 17, 2018 08:00

Case No:   2018-0020793

Allegations:

Violation Of Dept. Rules/Regs/Pol/Proc. - R&R 02-01: Standard of Conduct - Unsubstantiated - Oct 15, 2019
Violation Of Dept. Rules/Regs/Pol/Proc. - R&R 02-11: Obedience to Laws & Directives - Unsubstantiated - Oct 15, 2019
Violation Of Dept. Rules/Regs/Pol/Proc. - III-01 Arrest Procedures - Substantiated - Oct 15, 2019
Body Camera  - III-20 Body Worn Camera (BWC)/ Movile Video Recorder (MVR) - Substantiated - Oct 15, 2019

Actions taken:

    : Oct 15, 2019 - Re-Training

      Retraining on S.O.P. III-1: Arrest Procedures, to be conducted with Legal Advisor Dan Losey

    : Oct 15, 2019 - Written Reprimand

      Served to Ofc. Lordi on 10/16/19.

**Involved Officer: Vehicle pursuit**    IA No:
**Received: Dec 25, 2018**
          Case No: 2018-0021439

  Role Back-up

**Involved Officer: Use of force**    IA No:
**Received: Jan 10, 2019**
          Case No:
20190000572

  Role Back-up

  Use(s) of force  Effective/Not Effective
  Hands/ Fist   Effective

Service being conducted: Effecting Arrest Disposition/finding: Justified Use of Force

**Involved Officer: Admin. Discipline** IA No: AD 19-004
**Received: Jan 19, 2019 08:00**
          Case No:
20190001158

  Allegations:

  Negligence - R&R 05-07: Department Property Loss/Damage/Negligence - Substantiated - Feb 21, 2019

  Actions taken:

    : Feb 21, 2019 - Verbal Counsel/Platoon Folder

**Involved Officer: Admin. Discipline** IA No: AD 19-022
**Received: Feb 26, 2019**

  Allegations:

  Negligence - R&R 09-07: Conduct Towards the Public - Substantiated - Jun 25, 2019

  Actions taken:

    : Jun 25, 2019 - Written Reprimand

**Involved Officer: Admin. Discipline** IA No: AD 19-029
**Received: Feb 27, 2019**

  Allegations:

  Violation Of Dept. Rules/Regs/Pol/Proc. - R&R 02-11: Obedience to Laws & Directives - Substantiated - Jun 25, 2019

  Actions taken:

    : Jun 25, 2019 - Verbal Counsel/Platoon Folder

**Involved Officer: Use of force**  
Received: Apr 08, 2019

IA No:

Case No:

20190006178

    **Role Back-up**

| Use(s) of force | Effective/Not Effective |
|---|---|
| Appendage Restraint | Effective |
| Hands/ Fist | Effective |

Service being conducted: Call for Service   Disposition/finding: Justified Use of Force

**Involved Officer: Citizen Complaint/Inq.**  
Received: May 05, 2019

IA No: CCIF 19-017

Case No:

20190007813

    Allegations:

    Violation Of Dept. Rules/Regs/Pol/Proc. - III-01 Arrest Procedures - Unsubstantiated - Nov 01, 2019  
    Violation Of Dept. Rules/Regs/Pol/Proc. - I-04 Racial and Ethnic Profiling/Biased Based Policing - Unsubstantiated - Nov 01, 2019

**Involved Officer: Citizen Complaint/Inq.**  
Received: Jun 28, 2019

IA No: CCIF 19-020

Case No:

20190011496

    Allegations:

    Conduct Towards Public - R&R 09-07: Conduct Towards the Public - Substantiated - Oct 10, 2019  
    Violation Of Dept. Rules/Regs/Pol/Proc. - III-18 Supervisor Notification - Substantiated - Oct 10, 2019

    Actions taken:

      : Oct 10, 2019 - Written Reprimand

            Served on 10/16/2019.

**Involved Officer: Use of force**  
Received: Jul 21, 2019

IA No:

Case No:

20190012634

    **Role Back-up**

| Use(s) of force | Effective/Not Effective |
|---|---|
| Leg Sweep | Effective |

Service being conducted: Disturbance   Disposition/finding: Justified Use of Force

**Involved Officer: Vehicle pursuit**  
Received: Aug 20, 2019

IA No:

Case No:

20190014482

    **Role Back-up**

**Involved Officer: Citizen Complaint/Inq.**

IA No: CCIF 19-027

**Received: Aug 23, 2019**

1900154628

Case No:

    Allegations:

       Violation Of Dept. Rules/Regs/Pol/Proc. - I-01 Code of Conduct and Ethics of Police Department Members - Substantiated - Nov 23, 2019

    Actions taken:

      : Dec 06, 2019 - Written Reprimand

                On 12/6/2019 Chief Adderley ordered a written reprimand

**Involved Officer: Use of force**
**Received: Nov 01, 2019**

IA No:

20190018771

Case No:

    **Role Primary Investigator**

| Use(s) of force | Effective/Not Effective |
|---|---|
| Leg Sweep | Effective |
| Appendage Restraint | Effective |
| Hands/ Fist | Effective |

Service being conducted: Call for Service    Disposition/finding: Justified Use of Force

**Involved Officer: Vehicle pursuit**
**Received: Dec 10, 2019**

IA No:

20190021005

Case No:

    **Role Back-up**

**Involved Officer: Use of force**
**Received: Dec 10, 2019**

IA No:

20190021005

Case No:

    **Role Primary Investigator**

| Use(s) of force | Effective/Not Effective |
|---|---|
| Escort to ground | Effective |
| Leg Sweep | Effective |
| Hands/ Fist | Effective |
| Appendage Restraint | Effective |

Service being conducted: Vehicle Pursuit    Disposition/finding:

Report summary: totals by incident type:

| Incident type | Received |
|---|---|
| Admin. Discipline | 5 |
| Citizen Complaint/Inq. | 4 |
| Critical Incident Review | 0 |
| Discharge of Firearms | 0 |
| Discretionary arrest | 0 |
| Drug test | 0 |
| Firearm discharge | 0 |

| | |
|---|---|
| Firearms Discharge | 0 |
| Forced entry | 0 |
| Group Spray | 0 |
| Incident Review | 0 |
| Injured Person | 1 |
| Integrity test | 0 |
| Internal Affairs | 0 |
| K-9 Bite Case | 0 |
| K9 Utilization | 0 |
| Personnel Complaint | 0 |
| Show of force | 0 |
| Stop | 0 |
| Taser Deployment | 0 |
| Use of force | 15 |
| Vehicle accident | 3 |
| Vehicle pursuit | 12 |
| **Total** | **40** |

Printed: Mar 02, 2020 08:07   By: Sergeant Daniel Turner