# Exhibit 2

**West Palm Beach Police Department**

Internal Affairs

Officer Disciplinary History

Officer Nicholas Lordi [01979/01979]

## Part I - Personal Information

Name:  Officer Nicholas  Lordi
ID #: 01979   Badge No: 01979   Hire Dt:

Bureau:  Field Operations
Division:  Patrol Division
Unit:  Nights 1

## Part II - Discipline History

**AD 17-045        Case #: 2017-0010218 Admin. Discipline**

> May 27, 2017: Verbal Counsel/Platoon Folder - [Action/discipline completed]

> Lieutenant Dunleavy conducted verbal counseling with involved officer.

**AD 17-067        Case #: 2017-0016579 Admin. Discipline**

> Oct 6, 2017: Written Reprimand - [Action/discipline completed]

> B violation. Chief Mooney ordered written reprimand.

> Written reprimand signed

**AD 19-004        Case #: 20190001158  Admin. Discipline**

> Feb 21, 2019: Verbal Counsel/Platoon Folder - [Action/discipline completed]

**AD 19-022       Admin. Discipline**

> Jun 25, 2019: Written Reprimand - [Action/discipline completed]

**AD 19-029       Admin. Discipline**

> Jun 25, 2019: Verbal Counsel/Platoon Folder - [Action/discipline completed]