Page: 1

# West Palm Beach Police Department

## Internal Affairs

### Officer Disciplinary History

Officer Nicholas Lordi [01979/01979]

---

## Part I - Personal Information

Name: Officer Nicholas Lordi
ID #: 01979   Badge No: 01979   Hire Dt:

Bureau: Field Operations
Division: Patrol Division
Unit: Nights 1

---

## Part II - Discipline History

**AD 17-045**   Case #: 2017-0010218 Admin. Discipline

    May 27, 2017: Verbal Counsel/Platoon Folder - [Action/discipline completed]

    Lieutenant Dunleavy conducted verbal counseling with involved officer.

**AD 17-067**   Case #: 2017-0016579 Admin. Discipline

    Oct 6, 2017: Written Reprimand - [Action/discipline completed]

    B violation. Chief Mooney ordered written reprimand.

    Written reprimand signed

**AD 19-004**   Case #: 20190001158 Admin. Discipline

    Feb 21, 2019: Verbal Counsel/Platoon Folder - [Action/discipline completed]

**AD 19-022**   **Admin. Discipline**

    Jun 25, 2019: Written Reprimand - [Action/discipline completed]

**AD 19-029**   **Admin. Discipline**

    Jun 25, 2019: Verbal Counsel/Platoon Folder - [Action/discipline completed]