# IN THE CIRCUIT COURT IN THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

| Agency FDLE | Report No. MI-14-0288 | Arresting / Submitting Agent Special Agent Lisa M. Lamey | |
|---|---|---|---|
| Day / Date / Time of Arrest | | Place of Arrest | |

| Agency ORI | OBTS | ■ Adult | ☐ Juvenile |
|---|---|---|---|

■ COMPLAINT  ☐ ARREST  ☐ WARRANT:  ☐ IN COUNTY  ☐ OUT OF COUNTY

In the **Fifteenth Circuit** of the State of Florida, the undersigned affiant swears that she has just and reas
grounds to believe that on August 22, 2017 in the vicinity of **Palm Beach County**, Florida.

| Name (Last, First, Middle) Lordi, Nicholas, Salvatore | DOB ▓▓ | Race /Sex ▓▓ | Alias | |
|---|---|---|---|---|
| Address ▓▓ | | | Phone | |
| JUV – Parent / Guardian N/A | | | Phone N/A | |

| Height ▓ | Weight ▓ | Eyes ▓ | Hair ▓ | Build ▓ | Complexion ▓ | Speech |
|---|---|---|---|---|---|---|
| Driver license (state & number) ▓ | | Social security number ▓ | | Place of Birth ▓ | | |
| Occupation ▓ | | Employer ▓ | | | | |
| Scars / Marks /Tattoos | | | Marital status Unknown | | | |

| Committed offense(s) of | FSS | Level/degree |
|---|---|---|
| 1. **Aggravated Battery** | **784.045 (1)(a)1** | 2nd Degree Fe |
| 2. | FSS | Level/degree |
| 3. | FSS | Level/degree |
| 4. | FSS | Level/degree |
| 5. | FSS | Level/degree |
| 6. | FSS | Level/degree |

Sworn to and subscribed before me, the undersigned authority,
this __15__ day of __february__ 2022

_Lisa M. Lamey_                _TChahine_

Affiant     Law Enforcement Officer

NOTARY PUBLIC STATE OF FLORIDA

TARA CHAHINE
Commission # HH 022187
Expires August 9, 2024
Bonded Thru Budget Notary Services

☐ Personally Known
■ Produced

NOT A CERTIFIED COPY

**IN THE CIRCUIT COURT IN THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

| | | |
|---|---|---|
| _____ | | |
| ████████████████████████ | | |
| Co-Defendant | DOB | Race/Sex |
| C0-Defendant | DOB | Race/Sex |
| Victim<br>**John Monroque** | DOB<br>**07/23/1956** | Race/Sex<br>**Black/Male** |
| Victim | DOB | Race/Sex |
| Victim | DOB | Race/Sex |
| Victim | DOB | Race/Sex |

☐  **No Bill / Petition**   ■ **Issue Warrant/Prosecution**   ☐ **Approved**

Signature of Assistant State Attorney  /   Date

2-15-22

Introduction of Affiant

Your Affiant, Special Agent (SA) Lisa M. Lamey, is an investigative or law enforcement officer of the State of Florida, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated under Florida State Statutes. Your Affiant has been a Special Agent (SA) with the Florida Department of Law Enforcement (FDLE) since September 2018. Prior to that, Your Affiant was a Special Agent with the Federal Bureau of Investigation (FBI) for approximately twenty-two (22) years. Prior to that, Your Affiant spent five (5) years as a Deputy Sheriff with the Broward Sheriff's Office. Currently, Your Affiant is assigned to the FDLE Miami Regional Operation Center, Broward Field Office, conducting general investigations. SA Lamey has received training and has participated in the investigation of violent offenses and police use of force investigations.

Statement of Facts

The facts and information, obtained by Your Affiant with regard to this matter, comprise proofs to establish such Probable Cause, duly submitted as follows:

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement witnesses, civilian witnesses, and video evidence. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, Your Affiant has not included each and every fact, or detail, of this investigation. Your Affiant has set forth only the facts that are necessary

**IN THE CIRCUIT COURT IN THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

to establish probable cause to believe that Nicholas Salvatore Lordi committed a violation of Florida State Statue §784.045(1)(a)1.

In May 2020, the West Palm Beach Police Department (WPBPD) requested the assistance of the Florida Department of Law Enforcement (FDLE) to investigate a non-deadly use of force incident by ███████████████ Nicholas Salvatore Lordi (Ofc. Lordi) against John Monroque (Monroque). The use of force incident had occurred on Friday, November 1, 2019, at the Food Plus grocery store, located at 5501 Broadway, West Palm Beach, Florida 33407. Monroque had sustained non-fatal injuries as a result of the incident, and video footage of the incident had been recently posted on Instagram. The video footage was approximately nine (9) minutes and three (3) seconds in duration and was recorded via surveillance cameras at the Food Plus grocery store.

A thorough review of the video footage recorded at the Food Plus grocery store, as well as a thorough review of body worn camera (BWC) video footage recorded by ███ Lordi's and WPBPD Officer Jamesloo Charles' (Ofc. Charles) BWCs was conducted.

The video footage, confirmed by WPBPD computer aided dispatch (CAD) reports, revealed that ███ Lordi and Ofc. Jamesloo Charles responded to the Food Plus grocery store and made contact with Monroque in regard to a trespassing incident. Ofc. Charles then obtained Monroque's identification and went to his marked police car to query Monroque via his mobile data terminal.

In the video, after speaking with Monroque for at least one (1) minute and thirty (30) seconds, ███ Lordi approached Monroque, raised his right hand, and then placed his arms around Monroque, in the area of Monroque's waist. Ofc. Lordi then moved Monroque to the hood of Ofc. Charles' WPBPD marked police car and pushed Monroque's head onto the hood of the car.

A struggle then ensued between Monroque and ███ Lordi and Charles, as the ███ attempted to place handcuffs on Monroque, and Monroque did not allow himself to be handcuffed.

During the struggle, ███ Lordi pulled Monroque backward, onto the ground. While on the ground, and while ███ Lordi was lying on his back, with Monroque also lying on his back and partially on top of ███ Lordi, ███ Lordi stuck Monroque, in the area of Monroque's head and face, with the closed fist of his left hand approximately six (6) times. At this time, ███ Lordi had Monroque's head secured in a headlock, using his right arm. Monroque's hands were not underneath his body and Monroque was not striking ███ Lordi or any other person.

███ Lordi then rolled and mounted Monroque, who was then lying on the ground, on his stomach, with his left hand in front of his face. ███ Lordi struck Monroque approximately five (5) additional times in the area of Monroque's head and face using the closed fists of both his right and left hands. As ███ Lordi struck Monroque in the head and face, Monroque's left hand remained in front of his own face.

███ Lordi stopped striking Monroque when an unidentified individual intervened and blocked ███ Lordi from striking Monroque. Ofc. Charles then moved the individual away from ███ Lordi and Monroque, and removed his handcuffs from their pouch on the right side of his duty belt. At that time, ███ Lordi was still mounted on Monroque's back, using

**IN THE CIRCUIT COURT IN THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

his right hand to hold Monroque's head on the ground. ███ Lordi then moved Monroque's left hand from its position in front of Monroque's face as ███ Charles handcuffed Monroque, to the front of Monroque's body. ███ Lordi then disengaged from Monroque.

After being handcuffed, and while lying on the ground, Monroque appeared to be motionless for approximately forty-seven (47) seconds.

Approximately two (2) minutes and forty (40) seconds later, as Monroque lay handcuffed on the ground, ███ Lordi could be heard telling Monroque to "stop spitting," and "stop your shit, man, just stop." ███ Lordi then placed his right knee on Monroque's head, holding Monroque's head against the ground for approximately fourteen (14) seconds. ███. Lordi then removed his knee from Monroque's head and disengaged from Monroque.

Monroque was subsequently transported to St. Mary's Medical Center for medical care.

A review of Monroque's medical records from St. Mary's Medical Center, obtained via a medical release form signed by Monroque, stated that Monroque had sustained  a "closed fracture of [his] nasal bones."

In September 2021, Monroque provided a sworn statement to FDLE Special Agents in which he stated that as ███ Charles was "running" his identification (in Ofc. Charles' police car), ███ Lordi had "jumped on [his] back and punched [him] in the nose/face, breaking [his] nose." Monroque further stated that ███ Lordi had "slammed" his forehead on the hood of the police car. Monroque stated that he had trouble remembering what happened after that, as he had become "unconscious."

In July 2020, ███ Lordi provided a deposition in which he stated that he had responded to a call for service at the Food Plus grocery store, in regard to a "suspect loitering," who had been intoxicated, and who had been asked to leave the store, but who had refused to leave. ███ Lordi stated that upon arrival at the store he had made contact with the individual, later identified as Monroque.

███ Lordi described Monroque's behavior as "disrespectful towards [him]" and "towards [his] partner," and stated that during his interaction with Monroque, he had "tried to grab Monroque to keep Monroque in front of [him]," at which time, Monroque began "fighting, pulling away, and not listening to commands."

███ Lordi stated that during the interaction, when Monroque "began grabbing" Ofc. Charles' magazine (ammunition), the officers had had to use force against Monroque. Specifically, ███ Lordi stated that he "had to take [Monroque] to the ground."

███. Lordi stated that once on the ground, Monroque had been "laying on his hands" and "[wouldn't] put his hands behind his back."

It should be noted that the aforementioned video evidence contradicted this statement, as Monroque's hands could be observed to be above his body in the video footage.

During his deposition, ███ Lordi did not make a statement about striking Monroque while Monroque was lying on top of ███ Lordi, and while ███. Lordi employed a

**IN THE CIRCUIT COURT IN THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

headlock on Monroque. However, ███ Lordi did state that when he was fully mounted on top of Monroque, he had delivered "a few softening strikes to [Monroque's] face" with a closed fist. ███ Lordi stated that he could not remember if Monroque had been trying to punch him (███ Lordi) when he (███ Lordi) had delivered these strikes to Monroque.

███ Lordi stated that after striking Monroque and placing Monroque in handcuffs, "No more force was needed. No more force was used."

It should be noted that the aforementioned video evidence contradicted this statement, as ███ Lordi could be observed placing his knee on Monroque's head as Monroque lay handcuffed on the ground in the video footage.

Based on these facts, Your Affiant believes that ███ Lordi did actually and intentionally touch and/or strike another person, that being John Monroque, against the will of the other; and that ███ Lordi intentionally or knowingly caused great bodily harm, permanent disability, or permanent disfigurement to John Monroque, that being a broken nasal bone.

Based on these facts, Your Affiant further believes that ███ Lordi used force in excess of that which was necessary to mitigate the incident, to place Monroque under arrest, and/or to protect himself or others, when he struck Monroque in the area of the head and face approximately eleven (11) times.

Based on these facts, Your Affiant additionally believes that once Monroque was handcuffed and lying on the ground, ███ Lordi used force in excess of that which was necessary to mitigate the incident, to place Monroque under arrest, and/or to protect himself or others, when he placed his knee on Monroque's head.

Therefore, based on the above listed facts, Your Affiant believes that probable causes exists for the offense of Aggravated Battery in violation of Florida State Statute Florida State Statue §784.045 (1)(a)1, and respectfully requests that this arrest warrant be granted.

The offense set forth in the foregoing Affidavit is contrary to the statute(s) in such case made and provided, and against the peace and dignity of the State of Florida.